UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:25-cr-144--WWB-PDB

TERRY ALONZA BROWN and
DOUG BRADLEY

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney A. Tysen Duva.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Arnold B. Corsmeier
ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No.: 869139
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: chip.corsmeier@usdoj.gov

| | |
|---|---|
| U.S. v. Terry Alonza Brown and Doug Bradley | Case No. 3:25-cr-144-WWB-PDB |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

*Alan Ceballos, Defense Counsel for Terry Alonza Brown*

                        /s/ Arnold B. Corsmeier
                        ARNOLD B. CORSMEIER
                        Assistant United States Attorney