United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                    NO. 3:25-cr-144-WWB-PDB

DOUG BRADLEY

---

## Order of Recusal

Following the detention hearing in this criminal case, defense counsel brought to the undersigned's attention that she had entered an appearance as counsel in 2007 in an earlier criminal case against the defendant for purposes of the retroactive application of a guidelines amendment, had stipulated to the application of the amendment, and had not opposed a sentence reduction for the defendant. *See* documents 322 and 344 in case no. 3:07-cr-233-VMC-MCR. Although involvement in the earlier case was minimal, occurred more than a dozen years ago, and has been forgotten, the undersigned recuses herself from any further involvement in this case and directs the clerk to reassign this case to another United States Magistrate Judge.

**Ordered** in Jacksonville, Florida, on September 11, 2025.

Patricia D. Barksdale
Patricia D. Barksdale
United States Magistrate Judge