# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:25-cr-144-JEP-SJH

TERRY ALONZA BROWN

## ORDER

**THIS CASE** is before the Court on Defendant Brown's Second Supplemental Unopposed Motion to Continue Jury Trial (Doc. 66). The government does not oppose the motion. Accordingly, it is now

**ORDERED:**

For the reasons stated in defendant's motion, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)); defendant's Motion (Doc. 66) is **GRANTED**.

A **status conference** is set for **January 21, 2026, at 3:00 p.m.**, and Jury trial previously set for the January term is **rescheduled** for the trial term commencing **February 2, 2026, at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10A, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of December, 2025.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

tl
Copies:

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service

2